**GELFAND, a Minor et, Appellant, v. STROHECKER, INC., a Corporation, Appellee.**

United States Court of Appeals, Sixth Circuit.

Nos. 12996, 12998. Decided April 16, 1957.

Before McALLISTER, MILLER and STEWART, Circuit Judges.

## OPINION

Per CURIAM.

The above cause having come on to be heard upon the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised.

Now, therefore, it is ordered, adjudged and decreed that the judgment of the district court be and is hereby affirmed upon the opinion of Judge Weick, 4 O. O. (2d), 446, 78 Abs 406, setting aside the verdicts of the jury and entering judgments in favor of defendant, dismissing the several complaints.